United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   SHAWN KEVIN FROST,                    Case No.  13-cv-02511-JST (PR)

                Petitioner,

8

9        v.                              **ORDER OF TRANSFER**

10  G. D. LEWIS, Warden,

                Respondent.

11

12

13       This federal habeas action, in which petitioner challenges convictions he suffered in the

14  Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as

15  that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The

16  Clerk shall transfer this action forthwith.

17

18       **IT IS SO ORDERED**.

19  Dated: July 1, 2013

20  _____

21                                         JON S. TIGAR
                                      United States District Judge

22

23

24

25

26

27

28